## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LABORERS' COMBINED FUNDS OF WESTERN PENNSYLVANIA, as agent for Philip Ameris, and Paul V. Scabilloni, trustees ad litem, Laborers' District Council of Western Pennsylvania Welfare and Pension Funds, Western Pennsylvania Heavy & Highway Construction Advancement Fund, and the Laborers' District Council of Western Pennsylvania and its affiliated local unions,<br><br>        Plaintiff,<br><br>v.<br><br>OWENS EXCAVATING, LLC and ROBERT OWENS,<br><br>        Defendants. | Civil Action No. 2:23-cv-00544-AJS |

## **MOTION FOR DEFAULT JUDGMENT**

Plaintiff, Laborer's Combined Funds of Western Pennsylvania (the "Funds" or "Plaintiff"), by and through its counsel, GRB Law, files the following Motion for Default Judgment, and states as follows:

1. On March 29, 2023 this action was commenced by the Funds by the filing of a Complaint against Defendant Owens Excavating, LLC ("Owens Excavating") and Rose Owens ("Ms Owens"). *See*, Docket at No. 1

2. Subsequent to the initiation of the instant action, Ms. Owens' son, Robert Owens ("Mr. Owens") (collectively with Owens Excavating, the "Defendants") informed the Funds' third party process server, ProVest, that Ms. Owens was now deceased, but that he could accept service as an authorized agent for Owens Excavating, who is now serving as Owens Excavatings' new corporate principal. *See*, Docket at No. 10.

3. On May 9, 2023, Plaintiff filed an Amended Complaint that removed Ms. Owens as an individual Defendant and added Mr. Owens as a new additional defendant. *See*, Docket at No. 15.

4. On May 31, 2023, the Amended Complaint and Summons were served on the Defendants. *See*, Docket at Nos. 15-16.

5. Pursuant to Fed. R. Civ. P. 12(a)(1)(A), Defendants were required to file and serve their response to Plaintiff's Complaint no later than June 21, 2023. *See*, Docket at Nos. 19-20.

6. On November 13, 2023, a default was entered against Defendants by the Clerk of Courts, pursuant to a Request for Default filed by the Plaintiff. *See*, Docket at No. 21.

### COUNT I

### Laborers' Combined Funds of Western Pennsylvania v. Owens Excavating, LLC

7. Plaintiff now requests the entry of a default judgment against Defendant Owens Excavating, LLC.

8. Owens Excavating is indebted to the Funds due to its failure to pay fringe benefit contributions and wage deductions to the Plaintiff pursuant to a collective bargaining agreement (the "Agreement").

9. The Agreement provides for the assessment of interest on the principal amount of delinquent fringe benefit contributions and wage deductions owed by Owens Excavating.

10. The Agreement also provides for the assessment of liquidated damages/late charges and attorneys' fees based upon the amount of delinquent sums owed.

11. As a result of the foregoing, Plaintiff requests the entry of a default judgment against Owens Excavating in the following amount, per the listed paragraphs in the Complaint.

| | |
|---|---|
| Principal deficiency per paragraph 9 of the Complaint | $6,674.64 |
| Interest after December 1, 2021 per paragraphs 9-10 of the Complaint | $4,987.91 |
| Liquidated Damages/Late Charges per paragraphs 9-10 of the Complaint | $5,822.94 |
| Subtotal | $17,485.49 |
| Attorney's Fees per paragraph 12 (20% x $17,485.49) | $3,497.10 |
| Additional Costs per Wherefore Paragraph, subparagraph d (Costs = Filing Fee + Service Costs) | $420.00 |
| TOTAL | $21,402.59 |

12. To the best of Plaintiff's knowledge, Owens Excavating is not in the military service of the United States of America. *See*, Attached Affidavit.

WHEREFORE, Plaintiff Laborers' Combined Funds of Western Pennsylvania respectfully requests that this Honorable Court enter a default judgment in its favor, and against the Defendant, Owens Excavating, LLC, in the amount of $21,402.59.

## COUNT II

### Laborers' Combined Funds of Western Pennsylvania v. Robert Owens

13. Plaintiff now requests the entry of a default judgment against Defendant Robert Owens.

14. Mr. Owens is indebted to the Funds due to his failure to pay wage deductions to Plaintiff, pursuant to the Agreement.

15. The Agreement provides for the assessment of interest on the principal amount of delinquent fringe benefit contributions owed by Mr. Owens.

16. The Agreement also provides for liquidated damages/late charges based upon the amount of delinquent principal sums owed.

17. As a result of the foregoing, Plaintiff requests the entry of a default judgment against Mr. Owens in the following amount, per the listed paragraphs in the Complaint:

| | |
|---|---:|
| Principal deficiency per paragraph 9 of the Complaint | $6,674.64 |
| Interest after December 1, 2021 per paragraphs 9-10 of the Complaint | $4,987.91 |
| Liquidated Damages/Late Charges per paragraphs 9-10 of the Complaint | $5,822.94 |
| Subtotal | $17,485.49 |
| Attorney's Fees per paragraph 12 (20% x $17,485.49) | $3,497.10 |
| Additional Costs per Wherefore Paragraph, subparagraph d (Costs = Filing Fee + Service Costs) | $420.00 |
| TOTAL | $21,402.59 |

18. To the best of Plaintiff's knowledge, Mr. Owens is not in the military service of the United States of America. *See,* Attached Affidavit.

WHEREFORE, Plaintiff, the Laborers' Combined Funds of Western Pennsylvania, respectfully requests that this Honorable Court enter a default judgment in its favor, and against the Defendant, Robert Owens, in the amount of $21,402.59.

## COUNT III

### Laborer's Combined Funds of Western Pennsylvania v. Robert Owens

19. Plaintiff now requests the entry of a default judgment against Defendant Robert Owens.

20. Mr. Owens is indebted to Plaintiff due to his failure to pay fringe benefit contributions to Plaintiff Funds, pursuant to the Agreement.

21. The Agreement provides for the assessment of interest on the principal amount of delinquent fringe benefit contributions owed by Mr. Owens.

22.     The Agreement also provides for liquidated damages/late charges based upon the amount of delinquent principal sums owed.

23.     As a result of the foregoing, Plaintiff requests the entry of a default judgment against Mr. Owens in the following amount, per the listed paragraphs in the Complaint:

| | |
|---|---:|
| Principal deficiency per paragraph 35 of the Complaint | $488.76 |
| Interest after December 1, 2021 per paragraph 37 of the Complaint | $31.85 |
| Liquidated Damages/Late Charges per paragraph 38 of the Complaint | $48.88 |
| TOTAL | $569.49 |

WHEREFORE, Plaintiff, the Laborers' Combined Funds of Western Pennsylvania, respectfully requests that this Honorable Court enter a default judgment in its favor, and against the Defendant, Robert Owens in the amount of $569.49.

GRB LAW

By: /s/ David L. Scherer
Jessica L. Crown, Esquire
David L. Scherer, Esquire
525 William Penn Place
Suite 3110
Pittsburgh, PA  15219
Telephone:  (412) 281-0587
Facsimile:   (412) 281-2971
*(Counsel for Plaintiff)*