## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LABORERS' COMBINED FUNDS OF WESTERN PENNSYLVANIA, as agent for Philip Ameris, and Paul V. Scabilloni, trustees ad litem, Laborers' District Council of Western Pennsylvania Welfare and Pension Funds, Western Pennsylvania Heavy & Highway Construction Advancement Fund, and the Laborers' District Council of Western Pennsylvania and its affiliated local unions,<br><br>Plaintiff,<br><br>v.<br><br>OWENS EXCAVATING, LLC and ROBERT OWENS,<br><br>Defendants. | Civil Action No. 2:23-cv-00544-AJS |

### ORDER OF COURT

AND NOW, to wit, this __3rd__ day of ____January____, 2024, upon consideration of Plaintiff's Motion for Default Judgment and Affidavit attached thereto, it is hereby ORDERED, ADJUDGED, and DECREED that said Motion be, and hereby is GRANTED.

### COUNT I

### Laborers' Combined Funds of Western Pennsylvania v. Owens Excavating, LLC

Judgment is entered in favor of the Plaintiff Laborer's Combined Funds of Western Pennsylvania and against the Defendant Owens Excavating, LLC in the amount of $21,402.59, plus additional interest from December 20, 2023 at the rate of 1.25% per month.

## COUNT II

### Laborer's Combined Funds of Western Pennsylvania v. Robert Owens

Judgment is entered in favor of the Plaintiff Laborer's Combined Funds of Western Pennsylvania and against the Defendant Robert Owens in the amount of $21,402.59 plus additional interest from December 20, 2023 at the rate of 1.25% per month.

## COUNT III

### Laborer's Combined Funds of Western Pennsylvania v. Robert Owens

Judgment is entered in favor of the Plaintiff Laborer's Combined Funds of Western Pennsylvania and against the Defendant Robert Owens in the amount of $569.49 plus additional interest from December 20, 2023 at the rate of 1.25% per month.

s/ Arthur J. Schwab

The Honorable Arthur J. Schwab
United States District Judge